SO ORDERED.

Dated: December 16, 2021



*Madeleine C. Wanslee*
Madeleine C. Wanslee, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| IN RE MELANIE A WESSELKAMPER, | 2:20-bk-13799-MCW |
|---|---|
| | ORDER SUBSTITUTING COUNSEL for CREDITOR MS SERVICES, LLC (Claim No. 5) |

CAME ON TO BE HEARD THIS DAY, MS Services LLC Stipulated Motion to Substitute Counsel; the Court having considered the motion, and good cause appearing therein, THEREFORE the Court GRANTS MS Services LLC's Stipulated Motion to Substitute Counsel.

IT IS FURTHER ORDERED that all further notice, communication, and payments directed toward MS Services LLC be addressed to:

Ryan Allen Dorn

Law Office of James R. Vaughan

11445 E. Via Linda, Suite 2-610

Scottsdale, AZ 85259

Attorney@RecoveryAtty.com; (602) 279-0778

**DATED AND SIGNED ABOVE**